John F. Sherman
vs.　No. 84504
Mariano Vervena

January 10, 1931.

BLODGETT, P. J. Heard upon demurrer of defendant to fourth count of declaration.

The fourth count is based upon the theory that the defendant was bound to know that a loaded gun kept by him upon his premises was an attractive nuisance.

The first ground of demurrer is that the attractive nuisance doctrine is not law in the State of Rhode Island.

Demurrer to fourth count sustained, *Paolino* vs. *McKendall*, 24 R. I. 432.

For plaintiff: Philip C. Joslin.

For defendant. Greenough, Lyman & Cross.